JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

ARVON J. PERTEET (CSBN 242828)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11ʰ Floor
    San Francisco, CA 94102
    Telephone: 415.436.6598
    Facsimile:  415.436.7234
    Email: arvon.peteet@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $45,970.00 IN UNITED STATES CURRENCY,<br><br>                 Defendant. | No. CV 09- 3713 VRW<br><br>CONSENT ORDER OF SETTLEMENT |

## CONSENT ORDER OF SETTLEMENT AND FORFEITURE

WHEREAS, on August 13, 2009, the United States filed a complaint for forfeiture of certain currency seized as a result of the investigation conducted by United States Postal Inspector Eva Chan;

WHEREAS, notice of this action has been given by publication and the only claim submitted with respect to the defendant currency is that of Lonnie Abdallah and Allison Hayes;

WHEREAS, pursuant to the settlement negotiations among the parties, Lonnie Abdallah and Allison Hayes agree to withdraw their claim with respect to $27,570.00 of the seized currency in any administrative or judicial forfeiture proceeding;

1     WHEREAS, pursuant to the settlement negotiations among the parties, the United States agrees to release to Lonnie Abdallah and Allison Hayes via their attorney, Angela Warren, the sum of $18,400.00 plus interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect.

    AND WHEREAS, it appearing to the court from the endorsement of the parties that the parties have agreed to a resolution of this matter with respect to the defendant currency, and deeming it proper so to do;

    NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

    1. Notice of this action having been given by publication and there being only the claim filed by Lonnie Abdallah and Allison Hayes, the default of all persons or entities other than Lonnie Abdallah and Allison Hayes is entered.

    2. A portion of the defendant currency, to wit $27,570.00 is forfeited to the United States pursuant to 21 U.S.C. § 881(1)(6), free from the claims of any other party.

    3. A portion of the defendant currency, to wit the sum of $18,400 plus interest, less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect, shall be returned by the United States to Lonnie Abdallah and Allison Hayes via their attorney, Angela Warren.

    4. The United States shall dispose of the forfeited currency in accordance with the law.

    5. Lonnie Abdallah and Allison Hayes releases the United States of America and all of its respective agencies, officers, agents, and employees from any claims or actions, including that for attorney fees or cost or interest, concerning the seizure and custody of the defendant currency.

    6. The United States release Lonnie Abdallah and Allison Hayes from any claims or actions, including that for attorney fees or costs or interest, concerning the seizure and custody of the defendant currency.

//
//
//
//

Consent Order of Settlement and Forfeiture
No. CV 09- 3713 VRW                       2

7. The parties to this action shall execute any documents necessary or proper to effectuate the terms of this Order.

May 7, 2010

Date                                    UNITED STATES _____ R. WALKER

*IT IS SO ORDERED*
*Judge Vaughn R Walker*

WE ASK FOR THIS:

/s/ Arvon J. Perteet

Arvon J. Perteet

Special Assistant United States Attorney

/s/ Angela Warren

Angela Warren

Counsel for Claimants, Lonnie Abdallah and Allison Hayes

/s/ Lonnie Abdallah

Lonnie Abdallah
Claimant

/s/ Allison Hayes

Allison Hayes
Claimant

Consent Order of Settlement and Forfeiture
No. CV 09- 3713 VRW                         3